# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LAUREN COURTNEY LUQUE,                    Case No. 23-CV-3893 (NEB/DLM)

      Petitioner,

v.                                       ORDER ACCEPTING REPORT AND
                                         RECOMMENDATION

FEDERAL BUREAU OF PRISON and
FEDERAL CORRECTIONAL
INSTITUTION WASECA,

      Respondents.

---

The Court has received the March 5, 2024 Report and Recommendation of United States Magistrate Judge Douglas L. Micko. (ECF No. 10.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.     The Report and Recommendation (ECF No. 10) is ACCEPTED;

2.     Petitioner Lauren Courtney Luque's claim requesting an order directing the Federal Bureau of Prisons to immediately transfer her to prerelease custody is DISMISSED WITH PREJUDICE; and

3.      Luque's claim requesting an order directing the Federal Bureau of Prisons

to start calculating her First Step Act time credits as of May 24, 2023, is

DISMISSED WITH PREJUDICE.


Dated: April 16, 2024                          BY THE COURT:

                                               s/Nancy E. Brasel
                                               Nancy E. Brasel
                                               United States District Judge